```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
LASEAN GOODE,                          :
                                       :
                        Plaintiff,     :
        -v-                            :
                                       :    24cv2054(DLC)
UNITED STATES OF AMERICA, et al.,      :
                                       :         ORDER
                        Defendants.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on March 21, 2024. An initial pretrial conference has been set for May 23, 2024. The plaintiff has filed several affidavits of service, but no defendant has appeared in this case, nor answered or otherwise responded to the complaint.

Rule 4(i)(2) states "[t]o serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Fed. R. Civ. P 4(i)(2).

In order to serve the United States, the plaintiff was required to

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought -- or to an assistant United States

attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk -- or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

and

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.

Fed. R. Civ. P. 4(i)(1).

It is hereby

ORDERED that the plaintiff file an affidavit by **May 21, 2024,** explaining his basis to believe that effective service was made as to each defendant.

Dated:   New York, New York
         May 17, 2024

                                               DENISE COTE
                                  United States District Judge