UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lasean Goode,

                Plaintiff,

-against-

United States of America, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/08/2024

1:24-cv-02054 (DLC) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron on Wednesday, December 4, 2024, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, November 27, 2024).

SO ORDERED.

Dated:    New York, New York
          August 8, 2024

_____
STEWART D. AARON
United States Magistrate Judge