


U.S. Department of Justice

United States Attorney  
Southern District of New York

86 Chambers Street  
New York, New York 10007

November 20, 2024

**By ECF**  
Hon. Stewart D. Aaron  
United States Magistrate Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

    Re:    *Lasean Goode v. United States of America, et al.*, No. 24 Civ. 2054 (DLC) (SDA)

Dear Judge Aaron:

    This Office represents the United States of America, MDC Brooklyn Warden, FCI Danbury Warden, and FCI Allenwood Warden (collectively, the "Government") in the above-referenced action brought by Plaintiff Lasean Goode ("Plaintiff") pursuant to the Federal Tort Claims Act. We write jointly with Plaintiff to request that the settlement conference currently scheduled for December 4, 2024, be adjourned to January 21, 2025, or to a later date that is convenient for the Court.

    Since the settlement conference was scheduled on August 8, 2024, the parties have been actively discussing settlement. Plaintiff ultimately amended his complaint on October 31, 2024, ECF No. 49, and the Government filed its answer on November 14, 2024, ECF No. 51. The Government also retained an expert in vitreoretinal surgery and retinal ophthalmology to assist with evaluating this case. The Government's expert has reviewed all records informally shared to date. However, neither party currently possesses the ocular coherence tomography ("OCT") scans that are necessary to fully evaluate Plaintiff's alleged eye injuries.[1] The Government plans to serve subpoenas on Plaintiff's medical providers for the OCT scans this week. However, it is unlikely that the records will be produced in advance of the settlement conference on December 4, 2024.

    The Government would like its expert to review Plaintiff's OCT scans before further discussing settlement. Both parties believe that they are more likely to reach an agreement to settle this matter after the OCT scans have been received and reviewed. The parties therefore respectfully request that the settlement conference on December 4, 2024, be adjourned to January 21, 2025, or to a later date that is convenient for the Court. The parties are also available on January 22, 2025, or on January 23, 2025. This is the parties' first request for an adjournment of the settlement conference.

---

[1] The parties have not yet served requests for production or interrogatories. The Government intends to serve its initial discovery demands this week. Fact discovery is set to close on February 28, 2025. ECF No. 31.

The parties thank the Court for its consideration of this matter.

>Respectfully,
>
>DAMIAN WILLIAMS
>United States Attorney
>
>By: /s/ Rebecca Salk
>REBECCA SALK
>Assistant United States Attorneys
>86 Chambers Street
>New York, New York 10007
>(212) 637-2614
>Rebecca.Salk@usdoj.gov

cc: Hugo Ortega, Esq.
Rehan Nazrali, Esq.
*Counsel for Plaintiff*
(via ECF)

The joint letter motion at ECF No. 52 is GRANTED. The in-person settlement conference currently scheduled for December 4, 2024, is ADJOURNED and rescheduled to take place on Tuesday, January 21, 2025, at 2:00 p.m., in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, January 14, 2025).

SO ORDERED.
Dated: November 20, 2024

*[signature: Stewart D. Aaron]*