

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 12, 2025

**By ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025
```

    Re:    *Lasean Goode v. United States of America, et al.*, No. 24 Civ. 2054 (DLC) (SDA)

Dear Judge Aaron:

    This Office represents the United States of America, MDC Brooklyn Warden, FCI Danbury Warden, and FCI Allenwood Warden (collectively, the "Government") in the above-referenced action brought by Plaintiff Lasean Goode ("Plaintiff") pursuant to the Federal Tort Claims Act. I write respectfully to request that the settlement conference currently scheduled for February 25, 2025, be adjourned *sine die*.

    By letter dated January 10, 2025, the Government requested that the settlement conference scheduled for January 21, 2025, be adjourned to a later date so that the Government could confer with its expert following Plaintiff's independent medical examination on January 15, 2025. ECF No. 54. The Court granted the Government's request and adjourned the settlement conference to February 25, 2025. ECF No. 55. Plaintiff attended his independent medical examination as planned on January 15, 2025. The Government has since conferred with its expert and has determined that a settlement conference would not be productive at this time. Rather, the Government now believes that any settlement discussions would be more useful after the parties have substantially completed fact and expert discovery. Accordingly, the Government respectfully requests that the settlement conference currently scheduled for February 25, 2025, be adjourned *sine die*. Plaintiff consents to this request.

    I thank the Court for its consideration of this letter.

    Respectfully,

    DANIELLE R. SASSOON
    United States Attorney

By: */s/ Rebecca Salk*
    REBECCA SALK

Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
(212) 637-2614
Rebecca.Salk@usdoj.gov

cc: Hugo Ortega, Esq.
    Rehan Nazrali, Esq.
    *Counsel for Plaintiff*
    (via ECF)

Request GRANTED. The parties are directed to update the Court on settlement discussions and supply at least three proposed settlement conference dates after substantial completion of discovery, but, in any event, no later than May 30, 2025.

SO ORDERED.
Dated: February 13, 2025

*/s/ Stuart D. Aaron/*