**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lasean Goode,<br><br>        Plaintiff,<br><br>-against-<br><br>United States of America, et al.,<br><br>        Defendants. | 1:24-cv-02054 (DLC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED that, no later than July 18, 2025, the parties shall submit a joint letter that shall include the following:

  1. the parties' preference with respect to proceeding with the settlement conference before the undersigned, conducting the conference with Magistrate Judge Gary Stein or being referred to the Mediation Program; and

  2. if the parties seek an extension of the discovery deadlines, the parties shall propose a revised schedule for the completion of discovery.

**SO ORDERED.**

Dated: New York, New York
    July 11, 2025

                     /s/ Stewart D. Aaron
                     STEWART D. AARON
                     United States Magistrate Judge