UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LASEAN GOODE,

                        Plaintiff,                      24 Civ. No. 2054 (SDA)

        -against-                                    **PRE-SETTLEMENT
CONFERENCE ORDER**

UNITED STATES OF AMERICA, *et al.*,

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, August 27, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 298 799 281#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in mid-September, except September 15.

      SO ORDERED.

DATED:     New York, New York
                July 23, 2025

                                                        _____
                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge